UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIANCA SHELLY,

        Plaintiff,

v.

AMERICAN FELLOWSHIP MUTUAL
INSURANCE CO.,

        Defendant.
        _____/

Case No. 11-13901

Honorable John Corbett O'Meara

## ORDER

Plaintiff Bianca Shelly filed this action September 8, 2011. The court ordered Plaintiff to show cause why the action should not be dismissed for failure to comply with 28 U.S.C. § 1332(c)(1). Plaintiff filed a timely response to the show cause order November 16, 2011, as well as an amended complaint.

It is hereby **ORDERED** that the show cause order has been **SATISFIED.**

        s/John Corbett O'Meara
        United States District Judge

Date: February 28, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 28, 2012, using the ECF system.

        s/William Barkholz
        Case Manager