UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIANCA SHELLY,

       Case No. 11-13901

    Plaintiff,

       Honorable John Corbett O'Meara

v.

AMERICAN FELLOWSHIP MUTUAL
INSURANCE CO.,

    Defendant.
                                       /

## **ORDER**

      Plaintiff Bianca Shelly filed this action September 8, 2011. The court ordered Plaintiff to show cause why the action should not be dismissed for failure to comply with 28 U.S.C. § 1332(c)(1). Plaintiff filed a timely response to the show cause order November 16, 2011, as well as an amended complaint.

      It is hereby **ORDERED** that the show cause order has been **SATISFIED.**

                                       s/John Corbett O'Meara
                                       United States District Judge

Date:  February 28, 2012

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 28, 2012, using the ECF system.

                                       s/William Barkholz
                                       Case Manager